# Exhibit A

**Felicia B Felder**
16 Parkview Rd
Cheltenham PA 19012

December 2, 2025

**To Whom It May Concern,**

I am writing to offer a character reference for **Tiriq Henson**, who has served as a coach for my sons AAU and high school basketball teams. I have had the pleasure of knowing Tiriq for the past few years and during this time, I have consistently witnessed qualities that speak to great character, leadership, and integrity.

Tiriq demonstrates a combination of patience, enthusiasm, and respect for every child on the team. He creates an environment where young athletes feel supported, encouraged, and motivated to grow—not only as players, but as people. Whether helping a child build confidence, teaching the value of teamwork, or modeling good sportsmanship, Tiriq sets a standard that has greatly impacted my son.

One of the qualities I admire most is Tiriq's commitment to fairness and inclusion. Every child, regardless of skill level, receives attention, guidance, and a chance to contribute. This approach shows a true dedication to youth development and demonstrates a genuine understanding of what Little League is meant to represent.

Additionally, Tiriq consistently communicates with parents in a respectful, transparent, and constructive manner. He handled challenges with professionalism and calm, making decisions that reflect thoughtfulness and care. As an example, the year before my son's senior year of high school, he was having difficulty adjusting to the team Tiriq was coaching.  Tiriq called me to talk about my son, his problems adjusting and what he thought of my son.  He also kept me abreast of my sons progress and any other issues that may have come up.

I wholeheartedly endorse Tiriq as a person of strong moral character, dependable leadership, and sincere dedication to the well-being of the children in his care. Our community is fortunate to have someone so committed to shaping young athletes in such a positive way.

If you require any further information, please feel free to contact me at **215 939 6007** or
feliciafelderatty@gmail.com

Sincerley,

*Felicia B Felder* /s/

Felicia B Felder, Esq

To whom this may concern,

My name is Rikkia Allston and I am the mother of Ya'Sai Rozier. My son met Coach Suave (Tiriq Henson) during a very vulnerable time in his life. My son got injured going into his first year of high school due to basketball. My son went into high school feeling disabled, his confidence was extremely low, and he felt unacceptable. Not only was my son going through a physical battle, he was also dealing with his father not being around due to incarceration. Coach Suave became a positive mentor that helped my son remain persistent. Suave kept him motivated and made sure he reminded him that his state was just temporary. Suave has been supporting my son since the day he met him. Suave gets enjoyment pouring into our youth. I've watched him build confidence in several young men. Suave donates his time on the daily basis to the youth. He is also an excellent father to his own children. Over the years I have stumbled across several text that my son has sent him. My son always makes sure Suave knows how much he loves and appreciates him. Without Suave in my son's corner, I'm not sure how things would have turned out. My son was able to express his emotions to Suave and that's something that he isn't comfortable with doing at all. I have witnessed first-hand Suave's commitment and dedication to helping our youth stay positive and on the right track. Thank you for taking time out of your day and reading just a small portion of how Suave has helped my teenager and many others. He is a very good person and has a very good heart.

Sincerely,

Rikkia Allston

1.21.26

Your Honor Judge Weilheimer,

I am writing this letter in support of Tiriq Henson, whom I have known for several years in his roles as a youth coach, mentor, and father. I understand the seriousness of this matter, and I offer my perspective with respect for the court and for the responsibility that comes with speaking on someone's character.

Over the time I have known Tiriq, he has consistently shown up for the people who depend on him, especially children. As a coach and mentor, he does more than teach sports; he teaches accountability, structure, and follow-through. He holds young people to standards while also giving them support, which is not always easy, but it is necessary. As a father, he is present and engaged, prioritizing his children even when it requires personal sacrifice.

One moment that stands out to me is when 2 young men on his team was at risk of being removed due to repeated behavioral issues. Instead of walking away, Tiriq met with the young men and their family, adjusted his approach, and committed additional time to mentoring them. The result was not just improved behavior, but renewed confidence and stability. That willingness to step up rather than step aside speaks volumes about his character.

I am aware that Tiriq exercised poor judgment in this instance. From what I know, this was an isolated lapse and not reflective of the pattern I have consistently observed. What matters to me is that he acknowledged the mistake, accepted responsibility, and demonstrated a genuine commitment to making better decisions moving forward.

Tiriq is not someone who avoids accountability, nor is he someone who takes his role in the lives of others lightly. I continue to trust and respect him as a mentor, father, and member of the community.

Thank you for your time and consideration. I respectfully ask that you consider Tiriq's overall character, his contributions, and the responsibility he consistently demonstrates in his daily life.

Respectfully,


Rebekah Lee
Friend
302.898.0405

       

Really appreciate what you did for me this spring and summer suave. You been a role model to me this aau season. You help me get my confidence up and help me become a way better player from my sophomore year to now. You prepared me to have a great Philly live and a great upcoming jr season. Just wanted to say u a real one and I love u

Reply 

Add Sticker 

      

appreciate you coach suave for believing in me on the court , after the school szn I was questioning if I can do anything cs I wasn't playing nd the coach didn't give me an opportunity so I thank you for giving me the spark back that I had loss

Reply 

Add Sticker 

Suave, thank you for everything dawg. Like fr you don't know how much you elevated my game. You taught me how to play tougher and through contact and you also taught me how to focus on the next play because sometimes I'm not all there mentally and I just wanted to thank you for that and for sticking with me when it got bad for not just me but the team as well. You'd be surprised how some coaches now are so quick to think they need a new piece instead of developing what they have and making them into a great player. So I just wanted to thank you for that because that's what real coaches do, it's not easy to find great coaches. I'll always appreciate you. 🤞

Tap and hold to super react

      

💯 💯 can't wait till my son get a lil older so you can coach him man you a great role model and respect everything you do bro



4:05 PM



happy fathers day coach suave appreciate all you do for the community! ❤️

Tap and hold to super react

      

appreciate it coach suave, and how you guided me love you 4eva 🫶🏽🤞🏽

9:55 AM

 Reply

 Save reply

 Forward





He still will be here I pray u continue to be a great impact on his life



Reply 

Add Sticker 

Copy 

Yo coach I just want to take a moment to thank you for everything you've done for me this season. You weren't just a coach to me you were really somebody I can talk to about anything and you would help me no matter what and someone I could count on through the ups and downs. You believed in me even when I doubted myself, and you always pushed me to give my best no matter what. I've grown so much this year because of you, and I truly appreciate every practice, every talk, every time you corrected me, and every time you lifted me up. I've got nothing but love and respect for you and I'll always be grateful for the impact you've had on me. Thank you for everything, Coach I mean that. Love you my guy will stay in touch🖤 if you every need something hit me up

    

yo , I just wanna say thanks for always having my back suave no matter what was happing , I respect you to the fullest ❤️

Reply 

Add Sticker 

Copy